# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

                                              **JUDGMENT IN A CIVIL CASE**

**DIONA MARIE HILL,**

                                              CASE NO: **1:22–CV–00020–HBK**

            v.

**COMMISSIONER OF SOCIAL SECURITY,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 09/11/2023**

                                              **Keith Holland**
                                              Clerk of Court

ENTERED: **September 11, 2023**

                                      by: /s/ C. Maldonado
                                              Deputy Clerk